# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-1741
_____

United States of America

*Plaintiff - Appellee*

v.

Austin Adolf Alexander

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Harrison

_____

Submitted: October 2, 2013
Filed: October 9, 2013
[Unpublished]

_____

Before SMITH, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Austin Alexander appeals from the thirty-month sentence that the District Court[1] imposed after Alexander pleaded guilty to manufacturing counterfeit currency,

_____

[1]The Honorable P. K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.

18 U.S.C. § 471. On appeal, Alexander's counsel has moved to withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

Upon careful review, we conclude that the court did not impose an unreasonable sentence. <u>See</u> <u>Gall v. United States</u>, 552 U.S. 38, 51 (2007) (describing appellate review of sentences under the deferential abuse-of-discretion standard and noting that if a sentence is within the Guidelines range, the appellate court may apply a presumption of reasonableness); <u>see also</u> <u>United States v. Werlein</u>, 664 F.3d 1143, 1146 (8th Cir. 2011) (per curiam) (explaining that if an appellant does not argue that the district court committed procedural error, we proceed directly to a review of the substantive reasonableness of the sentence).

We have reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), and we have found no nonfrivolous issues for appeal. Accordingly, we affirm Alexander's sentence, and we grant counsel leave to withdraw.

_____